**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RICARDO FELICIO DE MORAES**, <br><br> *Petitioner*, <br><br> v. <br><br> **MARKWAYNE MULLIN, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-04961-JDW** |

## ORDER

**AND NOW**, this 17th day of July, 2026, upon review of Petitioner Ricardo Felicio De Moraes's Emergency Petition For Writ Of Habeas Corpus And Complaint For Injunctive And Declaratory Relief (ECF No. 1), it is **ORDERED** that Petitioner's counsel shall serve the Petition and this Order on Respondents at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, gregory.david@usdoj.gov, mark.sherer@usdoj.gov, daniella.lees@usdoj.gov, mansi.shah@usdoj.gov, and eric.wolfish@usdoj.gov.

It is **FURTHER ORDERED** that, on or before July 22, 2026,[1] at 5:00 p.m., Respondents shall:

---

[1] Respondents shall use their best efforts to expedite their review of the Petition and to gather relevant information in order to respond sooner than the required deadline, if possible.

1.      Identify the statutory provision that they contend provides the basis for Mr. De Moraes's detention;

2.      If the statutory basis for detention is 8 U.S.C. § 1225(b)(2), then advise me whether they oppose Mr. De Moraes's Petition and, if so, whether they intend to make any arguments other than those the Government made in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026); and

3.      If the statutory basis is something other than 8 U.S.C. § 1225(b)(2), then provide documents related to Mr. De Moraes's detention, including but not limited to the various immigration forms that immigration officers completed throughout their encounters with him.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

2